**MADE JS-6**

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHELLE BLACKWELL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; WMC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OPTION ONE; GOLDEN HORIZON MORTGAGE; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 08-04813-GW (JTLx)<br><br>**JUDGMENT** |

Pursuant the Order granting the Motions to Dismiss of Defendants Countrywide Home Loans, Inc.; ReconTrust Company N.A.; Mortgage Electronic Registration Systems, Inc.; and WMC Mortgage, IT IS ORDERED AND ADJUDGED that:

1. All federal claims in Plaintiff Michelle Blackwell's "Second Amended Complaint" are DISMISSED WITH PREJUDICE.

2. All California state law claims in Plaintiff Michelle Blackwell's "Second Amended Complaint" are DISMISSED WITHOUT PREJUDICE, as the Court declines to exercise supplemental jurisdiction over those state law claims.

SUCH JUDGMENT IS ENTERED.

Dated: May 27, 2009

The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By:  /s/ Brian J. Recor
       Brian J. Recor

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REG. SYSTEMS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401